**Dismissed and Opinion Filed November 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01154-CV

**STEVEN BROWDER AND ALL OCCUPANTS, Appellants**
**V.**
**DFW PROPERTY GUARDIAN, Appellee**

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-01793-2015**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

The filing fee in this case is past due. By postcard dated September 22, 2015, we notified appellants the $205 filing fee was due. We directed appellants to remit the filing fee within ten days and expressly cautioned appellants that failure to do so would result in dismissal of the appeal. Also by postcard dated September 22, 2015, we notified appellants the docketing statement had not been filed in this case. We directed appellants to file the docketing statement within ten days. We cautioned appellants that failure to do so might result in dismissal of this appeal. To date, appellants have not paid the filing fee, filed the docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b)(c).

151154F.P05

/Carolyn Wright/

CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

STEVEN BROWDER AND ALL
OCCUPANTS, Appellants

No. 05-15-01154-CV      V.

DFW PROPERTY GUARDIAN, Appellee

On Appeal from the County Court at Law
No. 5, Collin County, Texas
Trial Court Cause No. 005-01793-2015.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee DFW PROPERTY GUARDIAN recover its costs of this appeal from appellants STEVEN BROWDER AND ALL OCCUPANTS.

Judgment entered November 30, 2015.